**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 18, 2022**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| In re: | § | |
|    MICHAEL AND MICHELE SNIDER | § § § | Case No. 20-60620-rbk-11 |
| | § | |
| Debtors | § | Chapter 11 |

### ORDER CLOSING CASE

**CAME ON** for consideration the Motion for Final Decree by Michael and Michele Snider ("Debtors"), Debtors-in-possession, acting by and through counsel of record, and that all matters in the chapter 11 case have been completed, and this court having determined that such request should be granted. It is hereby

**ORDERED**, that the above chapter 11 case is closed. The clerk shall take the necessary actions to close the case.

So Ordered

#####